# PETER COSTEA

ATTORNEY AT LAW
THREE RIVERWAY, SUITE 1800
HOUSTON, TEXAS 77056

PHONE: 713-337-4304                               FAX: 713-659-5302

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

APR 29 2015

CHRISTOPHER A. PRINE
CLERK

April 24, 2015

Mr. Christopher A. Prine, Clerk of the Court
First Court of Appeals
301 Fannin
Houston, Texas 77002

  Re.: Cause Nr.: 01-15-00355-CV; B & Sons Construction, LLC v. United Rentals (North America), Inc.

  Re.: Cause Nr. 2013-60986; United Rentals (North America), Inc. v. B & Sons Construction, LLC; In the 164th Judicial District Court; Harris County, Texas

Dear Mr. Prine:

  In response to your April 21, 2015 correspondence I am enclosing a check for $195.00 payable to "Clerk, First Court of Appeals," as payment of the appellate filing fee.

  Thank you for your courtesies.

       Very truly yours,

       Peter Costea

encl.
cc:
Ms. Christina R. Johnson, Esq.
Fidelity National Group
5151 Belt Line Road, Suite 410
Dallas, Texas 75254

Mr. Tracey L. Cloutier, Esq.
Matthews, Stein, Shiels, Pearce, Knott, Eden & Davis, L.L.P.
8131 LBJ Freeway, Suite 700
Dallas, Texas 75251

NORTH HOUSTON TX 773

27 APR 2015 PM 9 L

vsn

Mr. Christopher Prine, Clerk of the Court

First Court of Appeals

301 Fannin

Houston, Texas 77002

7700220665

**PETER COSTEA**
ATTORNEY AT LAW
Three Riverway, Suite 1800
Houston, Texas 77056

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

APR 2 9 2015

CHRISTOPHER A. PRINE
CLERK